**Joel Heredia NARANJO, Petitioner— Appellant,**

v.

**Ernest ROE, Warden, Respondent— Appellee.**

No. 02–56757.

D.C. No. CV–02–00068–GLT.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 2, 2003.

Decided Jan. 12, 2004.

Joel Heredia Naranjo, pro se, Corcoran, CA, Phillip I. Bronson, Encino, CA, for Petitioner–Appellant.

Michael C. Keller, AGCA–Office of the California Attorney General, Los Angeles, CA, for Respondent–Appellee.

Before KOZINSKI, NOONAN, Circuit Judges, and SCHWARZER,* Senior District Judge.

ORDER**

This appeal is dismissed for lack of jurisdiction because petitioner Joel Heredia Naranjo failed to file a timely notice of appeal and the district court found that Naranjo does not qualify for reopening of time under Fed. R.App. P. 4(a)(6). The mandate issued on January 2, 2004 is hereby withdrawn.

**DISMISSED**

---

* The Honorable William W Schwarzer, Senior United States District Judge for the Northern District of California, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.